IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIE JAMES EDMOND,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Civil Action No. 10-124 Erie ) |
| **RAYMOND SOBINA, et al.,** | ) ) |
| **Defendants.** | ) |

## MEMORANDUM ORDER

This Petition for Writ of Habeas Corpus was received by the Clerk of Court on May 21, 2010, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. ' 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Magistrate Judge Baxter issued a report and recommendation, filed on July 8, 2010 (ECF No. 6), recommending that leave to proceed *in forma pauperis* be denied. No Objections were filed, Petitioner paid the filing fee on July 16, 2010, and his Petition for Writ of Habeas Corpus was filed on July 19, 2010 at ECF No. 8. On June 21, 2011, this case was referred to Magistrate Judge Maureen P. Kelly for all pretrial proceedings.

Magistrate Judge Kelly issued a report and recommendation, filed on July 16, 2012 (ECF No. 18), recommending that the Petition for Writ of Habeas Corpus be denied and in addition a Certificate of Appealability be denied.

The parties were allowed until August 2, 2012, to file objections. No Objections were filed. After de novo review of the pleadings and documents in the case, together with the report

and recommendation and objections thereto, we adopt Magistrate Judge Kelly's July 16, 2012 report and recommendation as the Opinion of the Court.

Accordingly, the following Order is hereby entered.

AND NOW, this 9th day of August, 2012, it is HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's Petition for Writ of Habeas Corpus is hereby DENIED.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

The Report and Recommendation dated July 16, 2012 (ECF No. 18) is adopted as the Opinion of the Court.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Counsel of Record

Willie James Edmond, pro se
JG-1477
SCI Albion
10745 RT 18
ALBION, PA 16475